UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11472-KS                                    Date: June 15, 2026

Title      *Arianna Gonzales v. Skinnycorp, LLC et al.*

Present:  The Honorable:  Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                  Attorneys Present for Defendant:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: AMENDED STIPULATED PROTECTIVE ORDER**

On April 23, 2026, counsel for Defendant submitted a "Stipulation and Protective Order – Confidential Designation Only" ("SPO") signed by counsel for both parties. (Dkt. No. 11.)  On April 24, 2026, the Court denied the SPO without prejudice and directed the parties to file an amended SPO curing any deficiencies by May 1, 2026. (Dkt. No. 12.) The Court also cautioned the parties that failure to submit an amended SPO for consideration on or before the May 1, 2026 deadline would result in the Court denying the pending SPO with prejudice.  To date, the parties have not filed an amended SPO or a request for additional time.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** on or before **June 29, 2026** why the Court should not dismiss the pending SPO with prejudice.  To discharge this Order, the parties may file either: (1) an amended SPO; or (2) a request for additional time to file an amended SPO with a declaration signed under penalty of perjury explaining why the parties failed to comply with the Court's April 24, 2026 Order.  **The parties are admonished that failure to timely respond to this Order will result in the Court denying the pending SPO with prejudice.**

**IT IS SO ORDERED**.

                                                                        :
                                                    **Initials of Preparer**      klh